FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 22, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIMBERLY HARVEY, a married woman,<br><br>                  Plaintiff,<br><br>v.<br><br>BATTELLE MEMORIAL INSTITUTE, a foreign non-profit corporation doing business in Washington State,<br><br>                  Defendant. | No.   4:20-cv-05218-SMJ<br><br>**ORDER DISMISSING CASE** |

On June 7, 2021, Plaintiff Kimberly Harvey filed a notice of voluntary dismissal, ECF No. 23. Defendant Battelle Memorial Institute has not objected to the dismissal. Consistent with Plaintiff's notice and Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED**:

    1. Plaintiff's Notice of Dismissal, **ECF No. 23**, is **ACKNOWLEDGED**.

    2. All claims are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorney fees.

    3. All pending motions are **DENIED AS MOOT**.

ORDER DISMISSING CASE – 1

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 22nd day of June 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2